MARIA KELLY, State Bar No.234560
**KELLY LAW**
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 356-0529
Fax: (619) 794-2868
maria@mariakellylaw.com

Attorneys for Plaintiffs,
VICTOR A. ROMERO; CAROLINA-DIAZ ROMANO, as Guardian Ad Litem on behalf of minors, ISABELLA H. ROMERO and JONATHAN V. ROMERO.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR A. ROMERO; CAROLINA-DIAZ ROMANO, as Guardian Ad Litem on behalf of minors, ISABELLA H. ROMERO and JONATHAN V. ROMERO,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br><br>Defendant. | Case No. **'19CV0724 AJB MSB**<br><br>(Unlimited Civil)<br><br>**COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>[Petition for Appointment of Guardian Ad Litem filed concurrently] |

## I.

## ORIGINAL COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

1. Plaintiffs, by and through their attorney, Maria Kelly of Kelly Law, now come before this Court and complains of the United States Government, as follows:

## II.

## JURISDICTION, VENUE, AND CONDITIONS PRECEDENT

2. Plaintiffs reside in San Diego, California, and thus, are a resident of the Southern District of California.

-1-

**COMPLAINT FOR DAMAGES**

3. The claim herein is brought against the United States of America pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq*.) and 28 U.S.C. §§1346(b)(1), for money damages as compensation for personal injuries that were caused by the negligent and wrongful acts and omissions of U.S. Department of Justice, Federal Bureau of Investigation, and its employees while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of California.

4. Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Southern District of California.

5. Plaintiffs have fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

6. This suit has been timely filed, in that Plaintiffs timely served notice of their claims on the U.S. Department of Justice, Federal Bureau of Investigation on February 23, 2018, which was within the time provided by law and less than 6 months has elapsed since the time the U.S. Department of Justice, Federal Bureau of Investigation's denial of Plaintiffs' claims, which occurred on October 24, 2018.

III.

EVENTS FORMING THE BASIS OF THE CLAIMS

7. On April 4, 2016, on-duty employee of the U.S. Department of Justice, Federal Bureau of Investigation, Edwin Rivera Valez (FBI#6613), negligently and carelessly drove a 2016 Chevrolet Impala into the intersection of S. 30th Street and Webster Avenue and directly in the path of travel of Plaintiff Victor Romero. Mr. Valez's actions violated California Vehicle Code section 21802 (a), by failing to yield the right-of-way to any vehicles which have approached from another highway or which are approaching so closely as to constitute an

immediate hazard, and failing to continue to yield the right-of-way to those vehicles until he can proceed with reasonable safety.

8. Plaintiff Victor A. Romero's minor children, Jonathon Romero and Isabella Romero were passenger in their father's car at the time of impact.

## IV.
## DAMAGES

9. As a result of the negligence of the U.S. Department of Justice, Federal Bureau of Investigation, and its employees, including, but not limited to, Edwin Valez (FBI#6613), plaintiffs suffered injuries. As a result of these injuries, Plaintiff VICTOR A. ROMERO was forced to and did incur costs for medical treatment and wage loss. Minor plaintiffs, JONATHAN V. ROMERO and ISABELLA H. ROMERO were forced to and did incur costs for medical treatment.

## V.
## JURY DEMAND

10. Plaintiffs demand a jury trial for all claims so triable.

WHEREFORE, Plaintiffs pray for judgment against the United States of America as follows:

1. That this court finds the United States of America negligent;
2. That this court award damages according to proof;
3. For costs of suit herein;
4. For such other and further relief as the court finds just and equitable.

Dated: 04/18/19

Respectfully submitted,
KELLY LAW

By:   S/Maria Kelly
MARIA KELLY, Esq.

Attorneys for Plaintiffs
Email: maria@mariakellylaw.com

-3-

**KELLY LAW**
Attorneys at Law

**COMPLAINT FOR DAMAGES**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
VICTOR A. ROMERO; CAROLINA DIAZ-ROMANO, as Guardian Ad Litem on behalf of minors, ISABELLA H. ROMERO and JONATHAN V. ROMERO

**(b)** County of Residence of First Listed Plaintiff: San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Maria Kelly, Esq. (SBN 234560)
KELLY LAW
402 W. Broadway, #400, San Diego, CA 92101 (619) 356-0529

## DEFENDANTS
UNITED STATES OF AMERICA

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**'19CV0724 AJB MSB**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 2671; Federal Tort Claims Act

Brief description of cause:
auto collision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

DATE: 04/18/2019
SIGNATURE OF ATTORNEY OF RECORD: *Maria Kelly*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE